IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOWCON COMPANY, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ISMAIL MOHAMMED, individually; AXIS CAR WASH, LLC, an Illinois Limited Liability Company; AXIS AUTO SPA & PATEL TRADING, INC., an Illinois Corporation, <br><br> Defendants. | Case No. 19 C 7835 <br><br> Judge Harry D. Leinenweber |

## ORDER

Successful RICO plaintiffs may recover attorneys' fees. *FMC Corp. v. Varonos*, 892 F.2d 1308, 1315 (7th Cir. 1990) (citing 18 U.S.C. § 1964(c)). Plaintiff obtained default judgment against Defendants and included with its motion a request for costs and attorneys' fees.

The Court awards attorneys' fees and costs reasonably required to prepare and litigate the case. *Ustrak v. Fairman*, 851 F.2d 983, 990 (7th Cir. 1988). Plaintiff submitted the Affidavit of Craig Donnelly in support of its motion, which attached a statement of time entries for which Plaintiff seeks reimbursement. After independent review, the Court finds the time entries sufficiently detailed to conclude that Plaintiff's counsel's time was "reasonably expended." *Tchemkou v. Mukasey*, 517 F.3d 506, 510–11 (7th Cir. 2008).

Accordingly, the Court grants Plaintiff's Motion for Determination of Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 54(d) (Dkt. No. 28) and awards Plaintiff $14,875.00 in attorneys' fees. The Court also grants Plaintiff's Bill of Costs (Dkt. No. 27) and awards $1,612.07 in costs to Plaintiff.

_____
Harry D. Leinenweber, Judge
United States District Court

Dated: 8/18/2020